IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KIM MURRAY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )  **CIVIL ACTION NO. 10-0268-CG-B** |
| | ) |
| **GLOBAL INTERNATIONAL (USA),** | ) |
| **INC., d/b/a Global Credit & Collection** | ) |
| **Corp.,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

The parties having advised this court in their joint notice of settlement (Doc. 24) that this matter has been settled, it is **ORDERED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 7th day of February, 2011.

                                                    /s/ Callie V. S. Granade
                                                    United States District Judge